JTW: 11.09.20
PCM/AM: USAO 2020R00798

FILED
LOGGED
ENTERED
RECEIVED

NOV 10 2020

CLERK U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG 20-cr-0388 |
| | * | |
| DESMOND BUTLER, | * | (Possession of Ammunition by |
| | * | a Prohibited Person, 18 U.S.C. |
| Defendant | * | § 922(g)(1); Forfeiture, 18 U.S.C. |
| | * | § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about October 30, 2020, in the District of Maryland, the defendant,

**DESMOND BUTLER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, sixteen GFL .40 S&W caliber rounds of ammunition; and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. All allegations set forth in Count One are hereby incorporated by reference;

2. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance 28 U.S.C. § 2461(c) in the event of the defendant's conviction.

### Firearms and Ammunition Forfeiture

3. Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense(s) alleged in Firearms Count(s), the Defendant(s) convicted of such offense(s) shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offense(s).

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

   a. a Glock 23 slide bearing serial #LWG454 with a tan .40 caliber polymer 80 handle;
   b. approximately ten .40 caliber rounds of ammunition;
   c. a black Polymer 80, .40 caliber handgun with no serial number; and
   d. approximately sixteen GFL .40 S&W caliber rounds of ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert K. Hur/amm*
Robert K. Hur
United States Attorney

A TRUE BILL:

Foreperson

11/10/2020
Date

2